No. 474. CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* JOHN M. BOLCH. In error to the Supreme Court of the State of Washington. Motion to dismiss submitted November 13, 1916. Decided December 4, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Haseltine* v. *Central National Bank*, 183 U. S. 130; *Schlosser* v. *Hemphill*, 198 U. S. 173; *Louisiana Navigation Co.* v. *Oyster Commission of Louisiana*, 226 U. S. 99; *Thompson* v. *St.*

*Louis*, 241 U. S. 637. *Mr. Heman H. Field* for the plaintiff in error. *Mr. Merritt J. Gordon* for the defendant in error.